## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                **PLAINTIFF**


**v.**                          **Case No. 3:20-cv-00318-LPR**


**KYLE FRENCH**                                                          **DEFENDANT**
*Booking Officer, Craighead County Detention Center*

### ORDER

Plaintiff Deursla Barron filed her Complaint on October 9, 2020.  (Doc. 2).  Five days later, on October 14, 2020, Magistrate Judge Beth Deere issued a Recommended Disposition.  (Doc. 4). Judge Deere recommends that the Court dismiss the case because Ms. Barron's Complaint failed to state a claim for relief.  Seven days after Judge Deere issued her Recommendation, Ms. Barron filed an Addendum to her Complaint.  (Doc. 5).  The Addendum asserts at least one new claim against Defendant Kyle French.  (*Id.*).  In light of this new filing, the Court will deny the Recommendation and return the case to Judge Deere so that she can consider the claim or claims in the Addendum.  The Court stresses that this denial is not a ruling on the merits of the Recommendation and it is not any comment on whether the Addendum states a valid cause of action.  Rather, it is simply this Court's practice to allow the Magistrate Judge a full and first opportunity to consider all of the claims in a case before the Court rules on the merits of a recommendation.

IT IS SO ORDERED this 7th day of December 2020.


LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE