# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                                 **PLAINTIFF**

**V.**                           **CASE NO. 3:20-CV-318-LPR-BD**

**KYLE FRENCH**                                                                                    **DEFENDANT**

## ORDER

Deursla Lashay Barron, a pre-trial detainee at the Craighead County Detention Facility, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2) After this Court recommended that Ms. Barron's claims be dismissed (Doc. No. 4), she filed an addendum to her complaint. (Doc. No. 5) Accordingly, Judge Rudofsky remanded the case for the Court to consider the additional allegations included in the addendum. (Doc. No. 6)

Based on the allegations in the addendum to Ms. Barron's complaint, she has stated a claim against Defendant French for holding her in constitutionally inadequate conditions of confinement. Accordingly, service is now appropriate for Defendant French.[1]

The Clerk is instructed to prepare a summons for Defendant French. The Marshal is directed to serve Defendant French with a summons and copies of the complaint and

---

[1] In her addendum, Ms. Barron alleges that Officer Sanders called her various names. Ms. Barron, however, does not name Officer Sanders as a Defendant. Even if she had, name-calling, while unprofessional, does not rise to the level of a constitutional violation. *McDowell v. Jones*, 990 F.2d 433, 434 (8th Cir. 1993) (inmate's claims of general harassment and of verbal harassment were not actionable under § 1983).

the addendum to the complaint, with attachments (Doc. Nos. 2, 5), without requiring prepayment of fees and costs or security. Service for Defendant French should be attempted through the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 9th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE