IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                         **PLAINTIFF**

**V.**                      **CASE NO. 3:20-CV-318-LPR-BD**

**KYLE FRENCH**                                                             **DEFENDANT**

## **ORDER**

The Court has received a Recommendation to dismiss Ms. Barron's claims. Ms. Barron has not filed objections and the time for doing so has expired. After a careful and de novo review of the Recommendation and record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant French's motion for summary judgment (Doc. No. 15) be GRANTED, in part. Ms. Barron's claim that she was denied recreation time is DISMISSED, without prejudice, based on her failure to exhaust her administrative remedies. Her claim that Defendant French denied her a shower on October 4, 2020, is dismissed for failure to state a federal claim for relief.[1]

IT IS SO ORDERED this 28th day of June, 2021.

                                                         _____
                                                         LEE P. RUDOFSKY
                                                         UNITED STATES DISTRICT JUDGE

---

[1] I'm not certain I agree with the Recommendation that Ms. Barron exhausted her administrative remedies on the shower denial. But that is of no moment because the Recommendation is clearly correct about the shower denial fails to state a viable claim.