IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                  **PLAINTIFF**

V.                   **CASE NO. 3:20-CV-318-LPR-BD**

**KYLE FRENCH**                                                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on June 28, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of July, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE